PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS VILLA, JR., SIMILARLY SITUATED MEMBERS of the HISTORIC IONE BAND OF MIWOK INDIANS TRIBE, and the HISTORIC IONE BAND OF MIWOK INDIANS TRIBE,<br><br>                             Plaintiffs,<br><br>             v.<br><br>SALLY JEWELL, in her capacity as the Secretary of the DEPARTMENT of the INTERIOR, the DEPARTMENT of the INTERIOR, the BUREAU OF INDIAN AFFAIRS, AMY DUTCHSKE, in her capacity as the Pacific Regional Director of the BUREAU OF INDIAN AFFAIRS, and in her personal capacity, and JOHN DOE and MARY ROE, unknown BUREAU OF INDIANS AFFAIRS employees in their official and personal capacities,<br><br>                             Defendants. | CASE NO.  2:16-CV-00503-KJM-KJN<br><br>**STIPULATION AND ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADING** |

Plaintiffs Nicholas Villa, Jr. et al. and Federal Defendants Secretary Jewell, the Department of the Interior, Bureau of Indian Affairs, and Amy Dutchske respectfully submit this stipulation and proposed order.  In accordance with the Court's standing orders, the parties have been meeting and conferring regarding Federal Defendants' contemplated motion to dismiss the current complaint.  In those discussions, the parties have sought to narrow the issues for motion practice in order to conserve the resources of the parties and the Court.  The parties have resolved some issues, and Plaintiffs therefore intend to file a First Amended Complaint that will render certain aspects of Federal Defendants' motion to dismiss unnecessary.  Accordingly the parties hereby agree, and request that the

STIP & ORDER RE FIRST AMENDED COMPLAINT

Court order, that Plaintiffs will file a First Amended Complaint by **July 1, 2016**, and that Federal Defendants will respond to that amended complaint by **August 5, 2016**.

In light of this, the parties also request that the Court continue the scheduling conference currently set for July 21, 2016.  The parties submit that there is good cause to continue the scheduling conference because scheduling and discovery planning should be deferred until the issues are clear, *i.e.* until there is an operative complaint over which the Court determines that it has jurisdiction.  The parties are working together to narrow their disputes and present the Court with key jurisdictional issues in a timely and efficient manner.

The parties previously agreed under Local Rule 144 to one complaint-response extension of two weeks.  *See* Dkt. 9 (extending complaint-response deadline from May 24 to June 7).

Respectfully submitted,

Dated:  May 25, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ VICTORIA L. BOESCH
VICTORIA L. BOESCH
Assistant United States Attorney

Dated:  May 25, 2016

/s/MARK J. KALLENBACH
(authorized 5/25/16)
MARK J. KALLENBACH

Attorneys for Plaintiffs

## ORDER

Plaintiffs' Amended Complaint shall be filed no later than July 1, 2016, and the Federal Defendants' response to the amended complaint shall be filed no later than August 5, 2016.  The scheduling conference currently set for July 21, 2016, is vacated and reset for September 1, 2016, at 2:30 p.m., with the parties' joint status report due seven (7) days prior.

1 **IT IS SO ORDERED**.

2 DATED:  June 3, 2016.

_____
UNITED STATES DISTRICT JUDGE